IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :       Chapter 13

Elijah McDaniels                :       No.  15-17262-ELF
Peggy McDaniels
        Debtors

## CERTIFICATE OF SERVICE

I, David M. Offen, Esquire, Attorney for the above-named Debtor, hereby certifies that a copy of the Motion to Approve Loan Modification was served on August 7, 2018, on the Chapter 13 Standing Trustee by electronic mail, and on all creditors by first class mail:

United Student Aid Funds, Inc (USAF)
PO Box 8961
Madison WI 53708-8961

PECO Energy Company
Attn: Merrick Friel
2301 Market Street, S23-1
Philadelphia, PA 19103

AmeriCredit Financial Services, Inc., dba GM Finan
P O Box 183853
Arlington, TX 76096

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

Navient PC Trust
c/o Navient Solutions, Inc.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Internal Revenue Service
P O BOX 7346
Philadelphia PA 19101

Date: August 7, 2018          /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Debtor