UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Elijah McDaniels and Peggy McDaniels
Bankruptcy No. 15-17262
Adversary No.
Chapter         13

Date:    08/08/2018

To:         David Offen

# NOTICE OF INACCURATE FILING

Re:  Motion to Approve Loan Modification (**Motion and Notice does not have correct Number**

The above pleading was filed in this office on **08/7/2018.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

(X)   Debtor's name does not match case number listed
( )   Debtor's name and/or case number (is) are missing
( )   Wrong PDF document attached
( )   PDF document not legible
( )   Notice of Motion/Objection
( )   Electronic Signature missing
( )   Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** .  Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Donna Rockeymore**
Deputy Clerk