```
                  UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                        :       CHAPTER 13

   Elijah McDaniels              :       No. 15-17262-ELF
   Peggy McDaniels
```

### PRAECIPE TO WITHDRAW

Pursuant to the above-captioned matter, kindly withdraw Motion to Approve Loan Modification.

```
                         /s/ David M. Offen
                         David M. Offen, Esquire
                         Curtis Center, 1st Fl., Ste. 160 W
                         601 Walnut Street
                         Philadelphia, PA  19106
```

Dated: 08/08/18