```
           IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                  :      CHAPTER 13
                             :
     Elijah McDaniels        :      NO.  15-17262-ELF
     Peggy McDaniels         :
                             :
```

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Debtor, by her attorney, David M. Offen, has filed a Motion to Approve Loan Modification.

    Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

    1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 23, 2018, you or your attorney must do all of the following;

        (a) file an answer explaining your position at
            Office of the Clerk
            U.S. Bankruptcy Court
            Suite 400
            900 Market Street
            Philadelphia, Pa. 19107

    If you mail your answer to the Bankruptcy Clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b) mail a copy to the Movants Attorney;
            David M. Offen, Esquire
            Suite 160 West, The Curtis Center
            601 Walnut Street
            Philadelphia, Pa. 19106

            William C. Miller, Truste
            PO Box 1229
            Philadelphia, PA 19107

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Stephen Raslavich, United States Bankruptcy Judge on **August 28, 2018 at 1:00 PM in Courtroom #1,** United States Bankruptcy Court, 900 Market Street, 2nd Floor.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.