United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Elijah McDaniels
Peggy McDaniels
      Debtors

Case No. 15-17262-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Aug 29, 2018
                      Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.
db/jdb      +Elijah McDaniels,    Peggy McDaniels,    3050 N. 23rd Street,    Philadelphia, PA 19132-1401
cr      +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid,    6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:
     DAVID M. OFFEN    on behalf of Joint Debtor Peggy McDaniels dmo160west@gmail.com, davidoffenecf@gmail.com
     DAVID M. OFFEN    on behalf of Debtor Elijah McDaniels dmo160west@gmail.com, davidoffenecf@gmail.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor AFS Acceptance LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     MARISSA M. O'CONNELL    on behalf of Creditor CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT marissa.o'connell@phila.gov, James.Feighan@phila.gov
     THOMAS I. PULEO    on behalf of Creditor AFS Acceptance LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
     WILLIAM EDWARD CRAIG    on behalf of Creditor Foundation Finance Company ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
     TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     ELIJAH McDANIELS and | : | |
|     PEGGY McDANIELS, | : | |
|         Debtors | : | Bky. No.  15-17262 ELF |

**O R D E R**

AND NOW, upon consideration of the Debtors' Motion to Approve Mortgage Loan Modification ("the Motion") between the Debtors and Ocwen Loan Servicing LLC ("the Lender") (Doc. #47 ), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Debtors are **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan.

4. In all other respects, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS ON ACCOUNT OF THE OTHER ALLOWED CLAIMS** as provided in the plan.

**Date: August 28, 2018**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE