# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-17262-ELF

ELIJAH MCDANIELS
PEGGY MCDANIELS
3050 N. 23RD STREET

PHILADELPHIA, PA 19132

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ELIJAH MCDANIELS
    PEGGY MCDANIELS
    3050 N. 23RD STREET

    PHILADELPHIA, PA 19132


Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 2/18/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee