IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Elijah McDaniels and Peggy McDaniels | : | NO.  15-17262-ELF |
| | : | Hearing Date:  May 25, 2021 Time of Hearing:  1:00 p.m. |


<u>OBJECTION TO RESPONSE TO NOTICE OF FINAL CURE PAYMENT AND
CERTIFICATE OF SERVICE</u>


Debtors,  by their counsel, object to the response to Notice of final cure payment and request

the Court to please hold a hearing due to the following:

Counsel has spoken with the debtors and they dispute the amount owing and request a

detailed accounting of all payments received and all payments alleged to have not been paid.




/s/David M. Offen
David M. Offen
Attorney for Debtors
601 Walnut Street, Suite 160
Philadelphia, Pa. 19106
215-625-9600
info@offenlaw.com



A copy of this Objection is being served on OneMain Financial and the Chapter 13
Trustee.



/s/ David M. Offen
David M. Offen
Attorney for Debtors