United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-17262-elf |
| Elijah McDaniels | Chapter 13 |
| Peggy McDaniels | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 55 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elijah McDaniels, Peggy McDaniels, 3050 N. 23rd Street, Philadelphia, PA 19132-1401 |
| cr | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 13708456 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 13611055 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13611073 | + | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 14207972 | | Jerome Blank, Esq.,, Phelan Hallinan Diamond & Jones, LLP, c/o The Bank of New York Mellon Trust, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 13611076 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 13611077 | | Phila Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 13611082 | + | Tek-Collect Inc, 871 Park St, Columbus, OH 43215-1441 |
| 13711512 | | The Bank of New York Mellon Trust Company, C/O Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14210201 | | The Bank of New York Mellon Trust Company, et.al., OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14597986 | + | The Bank of New York Trust Company, NA, CO Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13611083 | | Urologic Consultants of SE-PA LLC, 1 Presidential Blvd Ste 100 -, Radiation Center, Bala Cynwyd, PA 19004-1015 |
| 13611084 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bk@afsacceptance.com | May 19 2021 01:59:00 | AFS Acceptance LLC, 101 NE 3rd Avenue, Suite 2000, Ft. Lauderdale, FL 33301-1610 |
| cr | | Email/Text: nwilliamson@foundationfinance.com | May 19 2021 02:00:00 | Foundation Finance Company, PO Box 437, Schofield, WI 54476 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:54:58 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13749682 | + | Email/Text: bk@afsacceptance.com | May 19 2021 01:59:00 | AFS Acceptance, LLC, 101 NE 3rd Avenue, Suite 2000, Ft. Lauderdale, Florida 33301-1610 |
| 13611054 | | Email/Text: tropiann@einstein.edu | May 19 2021 01:50:00 | Albert Einstein Medical Ctr., P.O. Box 785371, |

Case 15-17262-elf    Doc 69    Filed 05/20/21    Entered 05/21/21 00:56:34    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 55 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19178-5371 |
| 13611057 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:53:12 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13670660 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13611061 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 19 2021 01:49:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 13694479 | + | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13611056 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:53:12 | Cap1/Boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 13636186 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:51:25 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13611059 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:53:20 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13611063 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Bank/Brylnhme, Po Box 182789, Columbus, OH 43218-2789 |
| 13611064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Bank/Fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 13611065 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Bank/Jssclndn, Po Box 182789, Columbus, OH 43218-2789 |
| 13611066 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Bank/Kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 13611067 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13611069 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Bank/Roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 13611070 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Bank/Womnwthn, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13611071 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 19 2021 02:00:00 | Credit Coll, Po Box 9134, Needham, MA 02494-9134 |
| 13611074 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:53:19 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 13703438 | + | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:50:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13696957 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 19 2021 01:51:38 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 13611072 | | Email/Text: nwilliamson@foundationfinance.com | May 19 2021 02:00:00 | Foundation F, 700 Eagle Nest Blv, Rothschild, WI 54474 |
| 13704030 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | Foundation Finance Company, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 13677920 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | Midland Credit Management Inc as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren MI 48090-2011 |
| 13709584 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 01:51:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13659650 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 15-17262-elf   Doc 69   Filed 05/20/21   Entered 05/21/21 00:56:34   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 55 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13645493 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13614406 | | Email/PDF: rmscedi@recoverycorp.com | May 19 2021 01:53:18 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13629574 | | Email/PDF: cbp@onemainfinancial.com | May 19 2021 01:54:56 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 13611078 | + | Email/PDF: cbp@onemainfinancial.com | May 19 2021 01:51:19 | Springleaf, Po Box 64, Evansville, IN 47701-0064 |
| 13611079 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:09 | Syncb/Plcc, Po Box 965024, Orlando, FL 32896-5024 |
| 13611080 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:08 | Syncb/Qvc, Po Box 965018, Orlando, FL 32896-5018 |
| 13611081 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:54:58 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13669424 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | USAA, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13611085 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13611086 | + | Email/Text: bnc-bluestem@quantum3group.com | May 19 2021 02:00:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13611058 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13611062 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 13703201 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13611060 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13611068 | *+ | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13611075 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DAVID M. OFFEN | on behalf of Debtor Elijah McDaniels dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Peggy McDaniels dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY et.al. paeb@fedphe.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor AFS Acceptance LLC Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| MARISSA M. O'CONNELL | on behalf of Creditor CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT marissa.o'connell@phila.gov karena.blaylock@phila.gov |
| OneMain Financial | cbp@omf.com |
| THOMAS I. PULEO | on behalf of Creditor AFS Acceptance LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY et.al. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Foundation Finance Company ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Elijah McDaniels and Peggy McDaniels

        Debtor(s)                        Bankruptcy No: 15−17262−elf
                                                                       Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                          Suite 400
                    Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                             For The Court
                                                                 Timothy B. McGrath
                                                                    Clerk of Court

Dated: 5/18/21

                                                                                                                    65 − 64
                                                                                                                   Form 138_new