IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Elijah McDaniels<br>Peggy McDaniels<br>  Debtor | : | No.  15-17262-ELF |

## PRAECIPE TO WITHDRAW

    Pursuant to the above-captioned matter, kindly withdraw the Objection to Response to Notice of Final Cure Payment Rule 3002.1 filed by Creditor OneMain Financial, Document No. 62, filed on April 29, 2021.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  July 26, 2021