**Fill in this information to identify the case:**

Debtor 1: Elijah McDaniels

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number: 15-17262

# Form 4100R
## Response to Notice of Final Cure Payment       10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** OneMain Financial

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 1 7 9 1

**Property address:** 3050 N. 23rd Street
Number    Street

Philadelphia    PA    19132
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __/__/____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 5186.97

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ 5186.97

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 02/06/2020
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

| Debtor 1 | Elijah | | McDaniels | Case number (*if known*) | 15-17262 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Dana C. Potter     Date 04/13/2021
Signature

Print: Dana    C    Potter    Title: Collection Support Rep
      First Name  Middle Name  Last Name

Company: OneMain Financial

If different from the notice address listed on the proof of claim to which this response applies:

Address: _____ _____
         Number  Street

         _____ _____ _____
         City    State ZIP Code

Contact phone (800) 266-9800    Email cbp@omf.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

In re:                                                                       Chapter 13 No.

Debtor                                                                     Judge -

**CERTIFICATE OF SERVICE**

The undersigned states that on the        Day of        , 2021 , copies of OneMain Financial Services' Response to Notice of Final Cure Payment were served upon the following parties with the Clerk of the Court using the U.S. Mail which will send notification of such filing to the following:

_____
Attorney for Debtor

Chapter 13 Trustee

And by depositing same in a United States postal receptacle, with first class postage affixed thereto,

addressed to:

_____
Dana C. Potter, Collection Support Rep
OneMain Financial Services
P.O. Box 3251
Evansville, IN 47731
1-800-266-9800      cbp@omf.com

**Payment Attachment**

|  |  |
|---:|---:|
| Name: | Elijah McDaniels |
| Last 4 of Account Number: | 1791 |
| Case: | 15-17262 |
| Date of Case Filing | 10/7/2015 |

| PAYMENTS STILL DUE ||
|---|---|
| Payment Due | Amount of Payment Due |
| 04/06/21 | $ 352.00 |
| 03/09/21 | $ 353.00 |
| 02/06/21 | $ 354.00 |
| 01/06/21 | $ 355.00 |
| 12/07/20 | $ 349.00 |
| 11/06/20 | $ 350.00 |
| 10/07/20 | $ 357.00 |
| 09/06/20 | $ 352.00 |
| 08/06/20 | $ 353.00 |
| 07/07/20 | $ 353.00 |
| 06/06/20 | $ 354.00 |
| 05/07/20 | $ 355.00 |
| 04/06/20 | $ 356.00 |
| 03/08/20 | $ 357.00 |
| 02/06/20 | $ 236.97 |
| Total Due | $ 5,186.97 |

# ONEMAIN STATEMENT OF AFFILIATION

The OneMain family of financial services companies operates through a number of legal entities, some of which have used d/b/a's, changed names, and/or merged over the years. OneMain and its predecessors have also acquired loan portfolios from other creditors. Consequently, OneMain security interests are held under many different lienholder names. This Statement of Affiliation identifies the entities and corporate names through which OneMain does or has done business or is an assignee of with authority to release. **A Release of Lien under the name "OneMain" is effective for any lienholder name listed below, including said name without the entity designation "Inc." or "LLC":**

American General
American General Auto Finance, Inc.
American General Finance
American General Finance, Inc.
American General Financial
American General Financial Services, Inc.
CitiFinancial Company
CitiFinancial Consumer Services, Inc.
CitiFinancial Corporation
CitiFinancial Corporation (CO)
CitiFinancial Services, Inc.
CitiFinancial Services, Inc. (GA)
CitiFinancial Services, Inc. (MO)
CitiFinancial Services, Inc. (OH)
CitiFinancial Services, Inc. (TN)
CitiFinancial, Inc.
CitiFinancial, Inc. (MD)
CitiFinancial, Inc. (MO)
CitiFinancial, Inc. (TN)
CitiFinancial, Inc. (WV)
CitiFinancial, Inc. NC
Equity One, Inc.
OneMain
OneMain Auto Finance, Inc.
OneMain Consumer Loan, Inc.
OneMain Financial (HI), Inc.
OneMain Financial (WV), Inc.
OneMain Financial Group, LLC
OneMain Financial of Alabama, Inc.
OneMain Financial of Arizona, Inc.
OneMain Financial of Florida, Inc.
OneMain Financial of Illinois, Inc.
OneMain Financial of Indiana, Inc.
OneMain Financial of Louisiana, Inc.
OneMain Financial of Minnesota, Inc.

OneMain Financial of New York, Inc.
OneMain Financial of North Carolina, Inc.
OneMain Financial of Ohio, Inc.
OneMain Financial of Pennsylvania, Inc.
OneMain Financial of South Carolina, Inc.
OneMain Financial of Texas, Inc.
OneMain Financial of Washington, Inc.
OneMain Financial of Wisconsin, Inc.
OneMain Financial of Wyoming, Inc.
OneMain Financial Services, Inc.
OneMain Financial, Inc.
OneMain Home Equity, Inc.
OneMain Mortgage Services, Inc.
Springleaf Auto Finance, Inc.
Springleaf Consumer Loan, Inc.
Springleaf Financial Services of Alabama, Inc.
Springleaf Financial Services of America, Inc.
Springleaf Financial Services of Arizona, Inc.
Springleaf Financial Services of Florida, Inc.
Springleaf Financial Services of Illinois, Inc.
Springleaf Financial Services of Indiana, Inc.
Springleaf Financial Services of Louisiana, Inc.
Springleaf Financial Services of New York, Inc.
Springleaf Financial Services of North Carolina, Inc.
Springleaf Financial Services of Ohio, Inc.
Springleaf Financial Services of Pennsylvania, Inc.
Springleaf Financial Services of South Carolina, Inc.
Springleaf Financial Services of Texas, Inc.
Springleaf Financial Services of Washington, Inc.
Springleaf Financial Services of Wisconsin, Inc.
Springleaf Financial Services of Wyoming, Inc.
Springleaf Financial Services, Inc.
Springleaf Home Equity, Inc.
Springleaf Mortgage Services, Inc.
State Financial Services - Springleaf, Inc.

I am the Administrator of the OneMain Centralized Lien and Loan Administration Department. My responsibilities include overseeing OneMain's centralized lien release processes. This Statement of Affiliation may be relied upon as evidence of the relationships and authority identified herein.

<u>Colorado</u>: I certify, under penalty of perjury in the second degree as defined in C.R.S. 18-8-503, that the above information is true and correct to the best of my knowledge.

_____
Darin F. Messick
OneMain Centralized Lien and Loan Administration Department

State of Indiana         )
County of Vanderburgh ) ss:

This instrument was acknowledged before me on August 22, 2017 by Darin F. Messick as Administrator of the OneMain Centralized Lien and Loan Administration Department.

Sara Paisley
(Signature of notarial officer)         (Stamp)

SARA PAISLEY
Resident of Vanderburgh County, IN
Commission Expires: June 18, 2025

Auto Lien Release.v2 (003)

Page 2 of 2